UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT FORT CAMPBELL

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 06 2017
U.S. DISTRICT COURT
WEST'N DIST KENTUCKY

UNITED STATES OF AMERICA

v.

DANIELLE M. JOHNSON

INFORMATION

NO. 5:17 mJ-14-LLK

18 U.S.C. §13
(T.C.A. 55-10-401)
(T.C.A. 57-3-412)

The United States Attorney charges:

## COUNT 1

On or about the 23rd day of September 2016, in the Middle District of Tennessee, at Fort Campbell, Tennessee, within the special maritime and territorial jurisdiction of the United States, DANIELLE M. JOHNSON, defendant herein, was in physical control of an automobile on a street while under the influence of an intoxicant or while the alcohol concentration in her blood equaled or exceeded 0.08%.

In violation of Title 18, United States Code, Section 13 (T.C.A. 55-10-401).

## COUNT II

On or about the 23rd day of September 2016, in the Middle District of Tennessee, at Fort Campbell, Tennessee, within the special maritime and territorial jurisdiction of the United States, DANIELLE M. JOHNSON, defendant herein, a person under the age of 21, consumed intoxicating liquor or beer.

In violation of Title 18, United States Code, Section 13 (T.C.A. 57-3-412(3)(A)).

DAVID RIVERA
United States Attorney

BY: _____
TODD A. WAYNE
Special Assistant U.S. Attorney

DANIELLE M. JOHNSON

## PENALTIES

## COUNT 1

18 U.S.C. §13 (T.C.A. 55-10-401)

MINIMUM:  $350 and 48 hours confinement

MAXIMUM:  $1,500 & 11 months and 29 days confinement

SPECIAL ASSESSMENT:  $25

## COUNT II

18 U.S.C. §13 (T.C.A. 57-3-412(3)(A))

MINIMUM:

MAXIMUM: $2,500 and/or 11 months and 29 days confinement

SPECIAL ASSESSMENT:  $25