UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

No(s). 5:17mJ-14-LLK

Defendant: DANIRLLR M. JOHNSON

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 06 2017
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

## MEMORANDUM OF PLEA AGREEMENT
## PURSUANT TO FED. R. CRIM. P. 11(c)(1)(B)

The above-named defendant is charged with the following offense(s):

1) DUI X.08   2) POSSESSION OR ALCOHOLIC B3) NRRAGES
4)   5)   6)

The maximum penalties, any mandatory minimum penalties, and SPA's for this/these offense(s) are as follows:

1) $1,500.00 / 11 mon 29 DAYS   2) $2,500 / 11 mon 29 DAYS
3)   4)
5)   6)

In consideration for the defendant's plea(s) of guilty to offense numbers: 1

THE UNITED STATES, THROUGH COUNSEL, SHALL RECOMMEND TO THE COURT THE FOLLOWING SENTENCE(S):

Imprisonment: 1) 48 HRS  2)   3)   4)   5)   6)
Fine: 1) $500.00  2)   3)   4)   5)   6)
Special Assessment Fee: 1) $25.00  2)   3)   4)   5)   6)
Processing Fee: 1) $0.00  2)   3)   4)   5)   6)
Probation: 1) —  2)   3)   4)   5)   6)
Restitution: 1) —  2)   3)   4)   5)   6)
TOTAL: 1) $525.00  2)   3)   4)   5)   6)

Other: ____

COUNTS TO BE DISMISSED AT SENTENCING  2

The defendant acknowledges that he/she understands that the above is a sentencing recommendation made to the Court by the United States and that the Court is not bound to sentence the defendant in conformance with the recommendation. Further, the defendant understands that if the Court elects not to follow the recommendation for any reason, the defendant will not be allowed to withdraw his/her plea(s) of guilty. *Further, the defendant acknowledges that the plea(s) of guilty is/are voluntary and that he/she or the United States may elect to withdraw from this plea agreement at any time prior to the entering of the defendant's plea(s) of guilty.*

DATE: 21 DEC 16

Defendant

Counsel for United States          Defense Counsel