# United States District Court

## Middle District of Tennessee
### FORT CAMPBELL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> V. <br> **DANIELLE M. JOHNSON** | **JUDGMENT IN A CRIMINAL CASE** <br> (For Offenses Committed On or After November 1, 1987) <br> **Case Number: 5:17-MJ-14-1-LLK** <br> **US Marshal No:** <br> Counsel for Defendant: **Pro Se** <br> Counsel for the United States: **Erin S. King, Special Assistant U.S. Attorney** <br> Court Reporter: **RECORDED PROCEEDINGS** |

**THE DEFENDANT:**

☒ **Pursuant to a Rule 11(c)(1)(B) plea agreement**

☒ **Pleaded guilty to count 1, of the Information, on January 6, 2017, knowingly, willingly and voluntarily.**

☐ Pleaded nolo contendere to count(s) which was accepted by the court.

☐ Was found guilty on count(s) after a plea of not guilty

**ACCORDINGLY**, the Court has adjudicated that the defendant is guilty of the following offense(s):

| Title / Section and Nature of Offense | Date Offense Concluded | Count |
|---|---|---|

**FOR CONVICTION OFFENSE(S) DETAIL - SEE COUNTS OF CONVICTION ON PAGE 2**

The defendant is sentenced as provided in pages  2  through  6  of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ **Count 2, of the Information, charging the defendant with Minor in Possession of Alcohol, in violation of 18 U.S.C. 13 (TCA 57-3-412(3)(A)), is dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and the United States Attorney of any material change in the defendant's economic circumstances.

 **JANUARY 6, 2017**
**DATE OF IMPOSITION OF JUDGMENT**

USDC KYWD 245B (Rev. 02/16) Judgment in a Criminal Case Sheet 1A

Judgment-Page  2  of  6 

DEFENDANT: **JOHNSON, DANIELLE M.**
CASE NUMBER: **5:17-MJ-14-1-LLK**

# COUNTS OF CONVICTION

| Title / Section and Nature of Offense | Date Offense Concluded | Count |
|---|---|---|
| 18:13 (TCA 55-10-401) - DRIVING UNDER THE INFLUENCE OF AN INTOXICANT | 9/23/2016 | 1 |

Judgment-Page 3 of 6

DEFENDANT: **JOHNSON, DANIELLE M.**
CASE NUMBER: **5:17-MJ-14-1-LLK**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of FIVE (5) DAYS.

☒ The Court makes the following recommendations to the Bureau of Prisons:

**IT IS RECOMMENDED** by the Court, the defendant be given one (1) day of credit for the period of time the defendant was in the official custody of the Military Police at the time of her arrest on this case. The defendant shall receive a second (2nd) day of credit for the period of time the defendant was processed by the United States Marshal's Office in Court on January 6, 2017. The defendant shall serve the remaining THREE (3) DAYS beginning at 6:00 p.m. on a Friday until 6:00 p.m. on the following Sunday at the Christian County Jail in Hopkinsville, Kentucky

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. / P.M. on _____

  ☐ as notified by the United States Marshal.

☒ **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

  ☐ Before 2:00 p.m. on _____

  ☒ **as notified by the United States Marshal.**

  ☐ as notified by the Probation or Pretrial Services Office.

  ☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

  Defendant delivered on _____ To _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
  Deputy U.S. Marshal

DEFENDANT: **JOHNSON, DANIELLE M.**
CASE NUMBER: **5:17-MJ-14-1-LLK**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $ 25.00 | $ 500.00 | |

☒ **The cost of incarceration is waived due to the defendant's inability to pay.**

☐ The determination of restitution is deferred until          . An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☒ **Restitution is not an issue in this case.**

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **\*\* Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order Or Percentage Of Payment** |
|---|---|---|---|
|  |  |  |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement. . . . .  $

☐ The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. 3612(f). All of the payment options on Sheet 5, Part B may be Subject to penalties for default and delinquency pursuant to 18 U.S.C. 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived for the    ☐ Fine and/or    ☐ Restitution

☐ The interest requirement for the    ☐ Fine and/or    ☐ Restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

**DEFENDANT: JOHNSON, DANIELLE M.**
**CASE NUMBER: 5:17-MJ-14-1-LLK**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ **Lump sum payment of $525.00 is due within three (3) months of the date of sentencing that was held on January 6, 2017.  The defendant is ordered to contact the United States Attorney's Office immediately at (615) 736-5151 and speak to the Collections Department regarding her payment plan.**

    ☐ not later than _____, or
    ☐ in accordance with C, D, or E below); or

B ☐ Payment to begin immediately (may be combined with C, D, or E below); or

C ☐ Payment in ___ (E.g. equal, weekly, monthly, quarterly) installments of $___
    Over a period of ___ (E.g. months or years) year(s) to commence ___ (E.g., 30 or 60 days)
    after The date of this judgment, or

D ☐ Payment in ___ (E.g. equal, weekly, monthly, quarterly) installments of $___
    Over a period of ___ (E.g. months or years) year(s) to commence ___ (E.g., 30 or 60 days)
    after Release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

    Any balance of criminal monetary penalties owed upon incarceration shall be paid in quarterly installments of at least $25 based on earnings from an institution job and/or community resources (other than Federal Prison Industries), or quarterly installments of at least $60 based on earnings from a job in Federal Prison Industries and/or community resources, during the period of incarceration to commence upon arrival at the designated facility.

    Upon commencement of the term of supervised release, the probation officer shall review your financial circumstances and recommend a payment schedule on any outstanding balance for approval by the court.  Within the first 60 days of release, the probation officer shall submit a recommendation to the court for a payment schedule, for which the court shall retain final approval.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the **United States District Court, Gene Snyder Courthouse, 601 West Broadway, Suite 106, Louisville, KY 40202**, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.
☐ The defendant shall pay the following court cost(s):
☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Judgment-Page  6  of  6

**DEFENDANT: JOHNSON, DANIELLE M.**
**CASE NUMBER: 5:17-MJ-14-1-LLK**

## JUSTIFICATION OF SENTENCE

The record establishes no need for a presentence investigation report pursuant to Fed. R. Crim. P. 32.  The sentencing guidelines do not apply to Class B or C misdemeanors; therefore, the court has imposed a sentence which is deemed reasonable and consistent with the purposes of sentencing as set forth in 18 U.S.C. 3553(a).


**It is further ordered that the Clerk of Court shall ensure that a copy of the Order of Conviction and Judgment shall be sent to the State of Kentucky, Division of Driver's Licensing, for any further action.**